Argued January 18, reversed and remanded January 29, 1918.

## WIND RIVER LUMBER CO. *v.* JOHNSON.

(170 Pac. 291.)

From Hood River: WILLIAM L. BRADSHAW, Judge.

Suit by Wind River Lumber Company, a corporation, against Thos. F. Johnson, as sheriff of Hood River County, Oregon, a municipal corporation. From a decree dismissing the suit plaintiff appealed. Reversed and remanded.

For appellant there was a brief over the names of *Mr. George S. Shepherd, Mr. W. W. McCredie* and *Mr. W. McElroy,* with an oral argument by *Mr. Shepherd.*

For respondents there was a brief and an oral argument by *Mr. A. J. Derby,* District Attorney.

Department 1. MR. JUSTICE BENSON delivered the opinion of the court.

This cause was argued and submitted in connection with the case of *O. W. R. & N. Co.* v. *Johnson,* filed January 29, 1918, the facts and issues in the two cases being substantially identical. Therefore, upon the authority of that case, the cause is remanded with directions to overrule the demurrer, and for such further proceedings as may be proper and not inconsistent herewith.                REVERSED AND REMANDED.

MR CHIEF JUSTICE McBRIDE, MR. JUSTICE BURNETT and MR. JUSTICE HARRIS concur.